DocuSign Envelope ID: C1568F77-69C0-437A-ABCB-9D2630460E4D
Case 1:21-cv-00539-ACA   Document 1-1   Filed 04/18/21   Page 1 of 3

FILED
2021 Apr-19 AM 09:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

I, Randy Phillips, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed a class action complaint against Churchill Capital Corp. IV, Lucid, Michael Klein, Jay Taragin, and Peter Rawlinson.

2. I have authorized Winston Cooks, LLC and the Beeman Firm, LLC to file a complaint and/or file a motion for appointment as lead plaintiff and appointment of counsel on my behalf in this litigation.

3. I did not engage in transactions in the securities that are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the federal securities laws of the United States.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition or trial, as necessary.

5. My transactions in the securities of CCIV during the Class Period set forth in the class action complaint are set forth in Exhibit A, attached hereto. Other than the transactions set forth in Exhibit A, I have engaged in no transactions during the Class Period in the securities that are the subject of this action.

6. During the three-year period preceding the date of this certification, I have not sought to serve, nor ever been appointed as a lead plaintiff or a representative party on behalf of a class under the federal securities laws.

7. I will not accept any payment for serving as representative party on behalf of the class beyond my pro rata share of any recovery, except for any award, as ordered or approved by the Court

17

in compliance with federal law, directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Randy Phillips*

Executed on April 18, 2021.

## Exhibit A

### Shares Bought Pre-Merger Announcement

18 FEB 2021 - 10 shares - $57.58 USD
18 FEB 2021 - 10 shares - $57.49 USD
19 FEB 2021 - 10 shares - $58.85 USD
19 FEB 2021 - 7   shares - $54.29 USD

### Shares Bought Post-Merger Announcement

24 FEB 2021 - 9 shares -   $32.98 USD
24 FEB 2021 - 5 shares -   $32.66 USD
24 FEB 2021 - 10 shares - $32.62 USD
24 FEB 2021 - 10 shares - $30.45 USD
24 FEB 2021 - 10 shares - $29.38 USD
24 FEB 2021 - 5 shares -   $27.93 USD

### Current Share Price

18 April 2021-$19.52

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Randy Phillips*

Executed on April 18, 2021.

19