FILED
2021 May-01 PM 09:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN

| | |
|---|---|
| **Randy Phillips,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) **CIVIL ACTION CASE NUMBER:** |
| **Churchill Capital Corporation IV,** | ) |
| **Atieva, Inc., d/b/a Lucid Motors,** | ) **1:21-cv-00539-ACA** |
| **Michael Klein, Jay Faragin, and** | ) |
| **Peter Rawlinson** | ) |
| **Defendant.** | ) |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the defendant(s) _____

Churchill Capital Corporation IV

_____

by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

s/Roderick T. Cooks
Attorney for Plaintiff