FILED
2021 May-14 PM 02:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Kayla (signature) ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): COGENCY GLOBAL INC.<br>C. Date of Delivery: 5/10/21 |
| 1. Article Addressed to:<br>Churchill Capital Corp. IV<br>C/O Cogency Global, Inc.<br>850 New Burton Road<br>Suite 201<br>Dover, DE 19904 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>2021 MAY 14 P 12:53<br>1:21-CV-539-ACA |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5622 9308 3026 31 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 0700 0000 2620 4574 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt